IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN GUCCIARDI and REGINA GUCCIARDI, h/w : : : Plaintiffs, : : v. : : BONIDE PRODUCTS, INC., LOWE'S : COMPANIES, INC. d/b/a LOWE'S : HOME IMPROVEMENT WAREHOUSE, : LOWE'S, LOWE'S d/b/a LOWE'S OF : NORTH WILMINGTON DELAWARE, : NATIONWIDE CHEMICAL PRODUCTS, : INC., and NCP OF NORTHWEST : OHIO, INC., : : Defendants. : | CIVIL ACTION<br><br>NO. 12-932 |

## ORDER

**AND NOW**, this *14th* day of *May*, 2012, upon consideration of the Motion by Plaintiffs Steven Gucciardi and Regina Gucciardi to Remand (Docket No. 13) and the Response of Defendants Lowe's, Lowe's Companies, Inc. d/b/a Lowe's Home Improvement Warehouse, and Lowe's d/b/a Lowe's of North Wilmington Delaware (Docket No. 15), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


  *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.