IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN GUCCIARDI and REGINA GUCCIARDI, h/w, <br><br> Plaintiffs, <br><br> v. <br><br> BONIDE PRODUCTS, INC., LOWE'S COMPANIES, INC. d/b/a LOWE'S HOME IMPROVEMENT WAREHOUSE, LOWE'S, LOWE'S d/b/a LOWE'S OF NORTH WILMINGTON DELAWARE, NATIONWIDE CHEMICAL PRODUCTS, INC., and NCP OF NORTHWEST OHIO, INC., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 12-932 |

## ORDER

**AND NOW**, this *15th* day of *January*, 2013, upon consideration of Defendant Nationwide Chemical Products, Inc.'s Motion for Summary Judgment (Docket No. 31), the Response of Defendant Bonide Products, Inc. (Docket No. 33), and the Response of Plaintiffs Steven and Regina Gucciardi (Docket No. 34), it is hereby **ORDERED**, that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ RONALD L. BUCKWALTER, S.J.