IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN GUCCIARDI and REGINA GUCCIARDI, h/w, : : : | |
| : | CIVIL ACTION |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | NO. 12-932 |
| BONIDE PRODUCTS, INC., LOWE'S COMPANIES, INC. d/b/a LOWE'S HOME IMPROVEMENT WAREHOUSE, LOWE'S, LOWE'S d/b/a LOWE'S OF NORTH WILMINGTON DELAWARE, NATIONWIDE CHEMICAL PRODUCTS, INC., and NCP OF NORTHWEST OHIO, INC., : : : : : : : : | |
| Defendants. : | |

## ORDER

**AND NOW**, this *24th* day of *June*, 2014, upon consideration of **(1)** Defendant Bonide Products, Inc.'s Motion for Summary Judgment (Docket No. 49), the Response of Plaintiffs Steven Gucciardi and Regina Gucciardi (Docket No. 55), and Defendant Bonide's Reply (Docket No. 58); **(2)** Defendant Nationwide Chemical Products, Inc's Second Motion for Summary Judgment (Docket No. 50); **(3)** Defendant NCP of Northwest Ohio, Inc.'s First Motion for Summary Judgment (Docket No. 52) and Plaintiffs' Response (Docket No. 56); and **(4)** Defendant NCP of Northwest Ohio, Inc.'s Second Motion for Summary Judgment (Docket No. 51) and Plaintiffs' Response (Docket No. 57), it is hereby **ORDERED** that the Motions are **DENIED**.

The parties are directed to contact the Court within ten (10) days for purposes of setting

up a status conference in this matter.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.